FILED
MAY - 1 2007
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## AFFIDAVIT

1. I, Edward A. Orgon, Jr., am employed by the United States Department of Justice as a Special Agent of the Drug Enforcement Administration (DEA) and have been so employed since August of 1998. I was previously employed as a Police Officer for Chesterfield County, Virginia Police Department for eight years.

2. As a Special Agent for the DEA, I am an investigative law enforcement officer of the United States of America within the meaning of Section 2510(7) of Title 18 United States Code (USC), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 United States Code.

3. The following is based upon my conversations with members of the Drug Enforcement Administration and Detectives from the Portsmouth Police Department in addition to information obtained throughout an in depth investigation. This affidavit is submitted in support of the attached criminal complaint charging KENYATTA HASANI ADAMS with violating 21 U.S.C. 846 and 841 (a)(1), conspiracy to distribute and possess with intent to distribute crack cocaine, a Scheduled II controlled substance and marijuana, a Schedule I controlled substance. This affidavit contains information necessary to support probable cause for the application. It is not intended to include each and every fact and matter observed by or known to me. Throughout the course of this subsequent investigation, the following facts have been established:

4. On or about March 27, 2002, Confidential Source #1, hereafter referred to as CS-1, drove to the area of the Family Market in Portsmouth, Virginia. CS-1 made contact with Kenyatta ADAMS in the 1200 block of Fayette Street, beside the store. CS-1 gave

Case 2:07-cr-00113-RGD-JEB Document 2 Filed 05/01/07 Page 2 of 4 PageID# 3

ADAMS $50.00 in DEA Funds. ADAMS gave CS-1 approximately .27 grams of suspected crack cocaine. CS-1 was searched both before and after the transaction to ensure that he/she had no other currency or illegal narcotics. The suspected crack cocaine was submitted to the DEA Mid-Atlantic Laboratory and found to be .27 grams of cocaine base.

5. On or about July 26, 2002, DEA Task Force Agents Kenneth Gavin and Tim McAndrew were in the 600 block of Dunedin Road, Portsmouth, Virginia when they observed a blue Infiniti J30, Virginia registration YFL-8034, parked in front of 623 Dunedin Road. Prior surveillance revealed that this was a vehicle normally driven by DeAngelo Gray, a known associate of KENYATTA ADAMS. Gray is now deceased. A subsequent computer check was conducted with the Virginia Department of Motor Vehicles and it was found that Gray had a revoked driver's license. As Agents watched the vehicle, Gray and ADAMS exited 623 Dunedin Road, and entered the vehicle with Gray driving. The vehicle pulled out of the parking area and headed east on Dunedin Road. The Agents followed the vehicle for a few blocks, when Gray observed the Agents following him, he made a quick U-turn in the middle of Dunedin Road. The Agents attempted to stop the vehicle with their emergency equipment. At that time, Gray swerved the vehicle several times attempting to ram the police vehicle. As the vehicle approached the entrance to the apartment complex that Gray and ADAMS just left, Gray slowed the vehicle down, and ADAMS jumped from the vehicle and began running with TFA Gavin in pursuit. While being chased, ADAMS dropped 18 individual baggies of suspected marijuana and one baggie of suspected crack cocaine before he jumped a fence and TFA Gavin lost sight of

him. ADAMS was arrested a few moments later by Portsmouth Police Officers. Gray was stopped a short distance away.

6. Shortly thereafter, Agents conducted a consent search of 623 Dunedin Road, Apartment B, Portsmouth, Virginia, the apartment Gray and ADAMS had just left which belonged to Gray's sister. The search revealed an additional baggie of marijuana. The owner of the residence admitted Gray and ADAMS had been there for a short time prior to the police arriving and had brought marijuana with them. All drug items were submitted to the DEA Mid-Atlantic Laboratory for analysis. The analysis revealed that ADAMS dropped 14.1 grams of marijuana and 18.6 grams of cocaine base. The suspected marijuana recovered from the residence showed positive for marijuana with a total weight of 27.2 grams.

7. On April 20, 2007, at approximately 7:55 P.M., Portsmouth Police Detective Kevin Johnakin received information from a Confidential Witness, hereafter referred to as the CW, that ADAMS and an un-indicted co-conspirator were riding in a Gold Lexus LS400. The CW stated ADAMS and an un-indicted co-conspirator were in the Prentis Park area of Portsmouth, Virginia, and were in possession of a quantity of marijuana.

8. At approximately 8:23 P.M., Portsmouth Police Officers Honeycutt, Davis, and Ottaviano observed ADAMS and the un-indicted co-conspirator in the above listed vehicle. Officer Ottaviano attempted to stop the vehicle with ADAMS as the driver at Lincoln and Elm Avenue, but the vehicle took off at a high rate of speed. As the vehicle continued to flee, officers observed ADAMS and the un-indicted co-conspirator throw out approximately four ounces of suspected marijuana from the vehicle, which was recovered after the pursuit. As the pursuit approached the intersection of Camden Avenue and Fayette Street, Officer Ottaviano heard one gunshot fired from the passenger side of

the vehicle and heard what she believed to be a bullet pass by her driver's side window. The vehicle stopped in the 1300 block of Jefferson Street, and ADAMS and the un-indicted co-conspirator fled on foot. Officers positively identified ADAMS as the driver of the vehicle. ADAMS and the un-indicted co-conspirator fled on foot and eluded law enforcement. A search of the vehicle revealed, marijuana residue and scales.

9. Based upon the foregoing, I believe there is probable cause to charge KENYATTA HASANI ADAMS with conspiracy to distribute and possess with intent to distribute crack cocaine, and marijuana in violation of Title 21 U.S.C. §§846, 841(a)(1), (b)(1)(B)(iii) and (D).

Edward A. Orgon, Jr., Special Agent
Drug Enforcement Administration

Sworn and subscribed to before me this /5t day of May, 2007.

UNITED STATED MAGISTRATE JUDGE

Reviewed for legal sufficiency:

Sherrie S. Capotosto
Assistant United States Attorney

4