# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>**Kenyatta Hasani Adams,**<br>Defendant.<br><br>Date of Previous Judgment: __07/17/08__<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>) Case No.: **2:07cr113**<br>) USM No.: **57394-083**<br>)<br>)<br>) __Larry M. Dash__<br>Defendant's Attorney |

FILED
NOV - 8 2011
CLERK, US DISTRICT COURT
NORFOLK, VA

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __78__ months **is reduced to 63 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 22 | Amended Offense Level: | 20 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 63 to 78 months | Amended Guideline Range: | 51 to 63 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ Pursuant to USSG § 1B1.10(b)(2)(B), the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __07/17/08__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __Nov. 8, 2011__

Effective Date: __November 1, 2011__
(if different from order date)

/s/ Robert G. Doumar
Judge's signature
Senior United States District Judge

Robert G. Doumar, United States District Judge
Printed name and title