Prob 12 (10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Kenyatta Hasani Adams        Docket No. 2:07CR00113-001

### Petition on Supervised Release

COMES NOW Mekella S. Dunlap, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kenyatta Hasani Adams, who was placed on supervision by The Honorable Robert G. Doumar, Senior United States District Judge, sitting in the Court at Norfolk, Virginia, on the 7th day of January, 2008, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

The term of supervised release began on July 13, 2013.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this ___2nd___ day of ___February___, __2015__ and ordered filed and made a part of the records in the above case.

_____
Robert G. Doumar
Senior United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/28/15__

_____
Mekella S. Dunlap
U.S. Probation Officer

Place Norfolk, Virginia

**TO CLERK'S OFFICE**

OFFENSE: Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. 841(a)(1) & (b)(1)(B)(iii), a Class B felonly.

SENTENCE: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for 63 months and five years supervised release. He shall pay a $100 special assessment.

SPECIAL CONDITIONS:
1. The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within fifteen (15) days of release on supervised release and at least two (2) periodic drug tests thereafter, as directed by the probation officer.
2. The defendant shall pay for the support of his child in the amount ordered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the Court at the inception of supervision, based on defendant's financial circumstances.
*On August 6, 2013, the Court approved a modification requiring Adams to pay $100 per month for the support of his minor child.
3. On February 21, 2014, the Court modified the special conditions of supervised release to include the following special condition: The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

ADJUSTMENT TO SUPERVISION: Kenyatta Adams completed service of his Federal sentence on November 16, 2011, but he was released to a state detainer for service of a state probation violation sentence. Adams began the active term of supervised release on July 13, 2013. Adams reported to the office on July 15, 2013, and his supervised release conditions were reviewed and signed. He stated that he understood his conditions, special conditions, financial obligations, and probation requirements.

Adams has maintained a stable residence with his mother during the term of supervised release. Adams was unemployed or doing odd jobs until securing employment with Tidewater Auto Auction on April 10, 2014. He maintained this employment as an auto detailer until August 23, 2014, when he had to stop working, on doctor's orders, due to a severe ankle injury incurred from being shot. Adams has reported for office visits as directed and he has been available for home visits. Adams was placed in the Code-A-Phone drug testing program, Phase II, effective July 28, 2013. He reported as directed for testing and his test results were negative. Due to his compliance, Adams' testing requirement was eventually reduced to Phase III. His test results remained negative for illegal drug use until a specimen submitted on November 21, 2013. This test was positive for cocaine use. The Court was advised of this result and agreed to allow Adams to continue on supervised release. His testing requirement was increased to Phase I, effective January 12, 2014. The initial test was followed by two additional positives for cocaine use on March 6, 2014 and March 25, 2014. The Court was advised of these results and agreed to continue him on supervised release. Adams was referred for substance abuse treatment with Portsmouth Behavioral Healthcare Services. Adams complied with his testing and treatment requirements and there have been no additional positive tests for illegal drug use. Adams was reduced back to Phase II, effective November 23, 2014. Adams has submitted his monthly supervision reports as directed, with the exception of two reports received less than 5 days late, over the course of his term of supervised release. On June 13, 2014, Kenyatta Adams was arrested by the Portsmouth Police and charged with Driving While Intoxicated, and Drive with License Revoked. He was convicted of both offenses by the Portsmouth General District Court on October 6, 2014. Adams appealed the cases and both were heard before the Portsmouth

Circuit Court on January 5, 2015. He was found guilty of both offenses and sentenced to a total term of 3 months in jail.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:**      COMMISSION OF A CRIME – DRIVING WHILE INTOXICATED: 1ST OFFENSE, BAC > .20%; AND DRIVE WITH LICENSE REVOKED, 1ST OFFENSE.

On June 13, 2014, Kenyatta Adams was arrested by the Portsmouth Police and charged with Driving While Intoxicated: 1st Offense, BAC >.20, and Drive with License Revoked, 1st Offense. This matter was heard before the Portsmouth Circuit Court on January 5, 2015, in a trial before the Judge. Adams was found guilty of both offenses. He was sentenced for Driving While Intoxicated to 6 months in jail, with 4 months suspended. He was fined $500 and ordered to pay $594 for court costs. His license was suspended for one (1) year. Adams was sentenced for Drive with Revoked License to 6 months in jail with 5 months suspended. He was fined $200 and assessed $388 court costs. His license was suspended for 90 days. The jail sentences were ordered to be served consecutively.

**CONDITION 2:**      FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS AS DIRECTED.

Monthly supervision reports are due by the 5th of each month. Adams submitted late monthly supervision reports for the months of March 2014 (received on April 9, 2014), and April 2014 (received May 6, 2014).

**CONDITION 7:**      POSSESSION / USE OF COCAINE.

On November 21, 2013; March 6, 2014; and March 25, 2014, Kenyatta Adams submitted urine specimens which tested positive for cocaine use.

MSD/ess