# SUPERVISED RELEASE / PROBATION INITIAL APPEARANCE VIOLATION HEARING

| | | | |
|---|---|---|---|
| Time Set: | 10:00 a.m. | Date: | February 20, 2015 |
| Started: | 10:05 am | Presiding Judge: | Douglas E. Miller, USMJ |
| Ended: | 10:08 am | Courtroom Deputy: | Crish Dodo |
| | | Reporter: | FTR |
| Split Time | ( ) | U.S. Attorney: | Nicholas Linstroth |
| | | Defense Counsel: | |
| | | ( ) Retained ( ) Court appointed ( ) AFPD | |
| | | Interpreter: | |
| | | Probation Officer: | John Grant |

Case Number: 2:07cr113
USA v. Kenyatta Hasani Adams

(X) Defendant present ( ) in custody ( ) No appearance
(X) Initial Appearance ( ) Probation Violation (X) Supervised Release Violation
(X) Defendant advised of rights, charges and right to counsel
(X) Counsel desired ( ) Financial Affidavit (X) Directed ( ) Denied
( ) Court directed defendant to reimburse govt. at rate of $_____ per month to begin
( ) Defendant to retain: _____
( ) Government motion for detention
( ) Detention hearing set: _____
( ) Preliminary hearing set: _____
( ) Waiver of Detention Hearing
( ) Waiver of Preliminary Hearing
( ) Temporary Detention ( ) Temporary Detention Order Entered
( ) Detention Ordered
(X) Bond set at $ PR
(X) Special Conditions of Release reimpose all conditions of supervision
( ) Defendant remanded to custody of U.S. Marshal
( ) Warrant returned executed
( ) Arraignment continued: _____ before Judge _____
    ( ) Norfolk ( ) Newport News in
( ) Summons to issue _____ at _____
    ( ) Norfolk ( ) Newport News
( ) Warrant to issue
(X) Arraignment 3/4/15 at 9:00 am before judge DEM
    (X) Norfolk ( ) Newport News in Mag. Ort
( ) Violation Hearing _____ at _____ before Judge _____
    ( ) Norfolk ( ) Newport News in _____