# SUPERVISED RELEASE / PROBATION VIOLATION HEARING

| | |
|---|---|
| Set: 10:00 a.m. | Date: March 30, 2015 |
| Started: 10:00 a.m. | Judge: Robert G. Doumar, SUSDJ |
| Ended: 10:10 a.m. | Court Reporter: Heidi Jeffreys, OCR |
| | U.S. Attorney: Sherri Capotosto, AUSA |
| | Defense Attorney: Rodolfo Cejas, AFPD |
| | Probation Officer: Makella Dunlap, USPO |
| | Courtroom Deputy: P. Thompson |

Case Number: 2:07cr113
Defendant: Kenyatta Hasani Adams

( X ) Matter came on for alleged violation of supervised release.   ( ) Deft. Sworn

( X ) Deft. stipulated to violation(s) in the petition(s).

( X ) Court finds deft. guilty of violating terms of supervised release and continues matter to Monday, September 28, 2015 at 2:30pm. If the defendant has no further violations on s/r, the 9/28/15 will be cancelled.

( ) Evidence presented.   ( ) Argued.   ( ) Statement of deft.

( ) Court finds deft. guilty of violating terms of supervised release and continues deft. on supervised release   ( ) with additional conditions as noted below.

( ) Court finds deft. has not violated the terms of supervised release.

( ) Deft. committed to custody of BOP for a term of _____ month(s) / year(s).

( ) Upon release from confinement, the deft. will not serve any further term of supervised release.

( ) Upon release from confinement, the deft will be on supervised release for a period of _____ month(s)/year(s). The same conditions and special conditions previously imposed shall apply.

( ) Deft. notified of right of appeal.   ( X ) Court to prepare an order.
( ) Deft. remanded to custody.   ( ) Deft. continued on present bond.