Prob 12A(10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Kenyatta Hasani Adams          Docket No. 2:07CR00113-001

## Petition on Supervised Release

COMES NOW Mekella S. Dunlap, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kenyatta Hasani Adams, who was placed on supervision by the Honorable Robert G. Doumar, Senior United States District Judge sitting in the Court at Norfolk, Virginia, on the 7th day of January, 2008, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

The term of supervised release began on July 13, 2013.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Bond Recommendation: To be determined by the Court**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 8 day of JAN, 2016 and ordered filed and made a part of the records in the above case.<br><br>Robert G. Doumar<br>Senior United States District Judge | Executed on Jan. 8, 2016<br><br>Mekella S. Dunlap<br>U.S. Probation Officer<br><br>Place Norfolk, Virginia |

TO CLERK'S OFFICE

OFFENSE: Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. 841(a)(1) & (b)(1)(B)(iii), a Class B felony.

SENTENCE: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for 63 months and five years supervised release. He shall pay a $100 special assessment.

SPECIAL CONDITIONS:
1. The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within fifteen (15) days of release on supervised release and at least two (2) periodic drug tests thereafter, as directed by the probation officer.
2. The defendant shall pay for the support of his child in the amount ordered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the Court at the inception of supervision, based on defendant's financial circumstances.
*On August 6, 2013, the Court approved a modification requiring Adams to pay $100 per month for the support of his minor child.
3. On February 21, 2014, the Court modified the special conditions of supervised release to include the following special condition: The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

SUPERVISED RELEASE VIOLATION: A Petition on Supervised Release was filed with the Court dated February 2, 2015. The Petition alleged that Adams violated the terms of supervised release due to the following:

| | |
|---|---|
| Mandatory Condition: | Commission of a Crime: Driving While Intoxicated, 1st Offenses, BAC >.20%; and Drive with License Revoked, 1st offense. |
| Condition 2: | Failure to Submit Monthly Supervision Reports as Directed. |
| Condition 7: | Possession / Use of Cocaine. |

A violation hearing was held before the Court on March 30, 2015. Adams admitted to the violations noted in the petition. The Court found that he was in violation of the terms of his supervised released but continued the matter to September 28, 2015 for disposition. It was noted that if there were no further violations, the petition would be dismissed. On September 21, 2015, a Memo was forwarded to the Court advising of Adams' adjustment since the March 30, 2015 hearing. Due to Adams' satisfactory adjustment, an Order was filed on September 25, 2015, dismissing the pending Petition on Supervised Release.

ADJUSTMENT TO SUPERVISION: As noted, Kenyatta Adams began the term of supervised release on July 13, 2013. Since disposition of the Petition on Supervised Release on September 25, 2015, Adams has been arrested in Portsmouth, Virginia, and charged with several serious offenses as noted in the violations section of this report.

As noted in the previous petition, Adams maintained a stable residence with his mother during the term of supervised release. Adams was unemployed or doing odd jobs until he secured employment with Tidewater Auto Auction on April 10, 2014. He maintained this employment as an auto detailer until August 23, 2014, when he had to stop working, on doctor's orders, due to a severe ankle injury incurred from being shot.

Adams reported for office visits as directed and he was available for home visits. Adams was placed in the Code-A-Phone drug testing program, Phase II, effective July 28, 2013. He reported as directed for testing and his test results were negative. Due to his compliance, Adams' testing requirement was eventually reduced to Phase III. His test results remained negative for illegal drug use until a specimen collected on November 21, 2013, tested positive for cocaine use. The Court was advised of the result and agreed to allow Adams to continue on supervised release. His testing requirement was increased to Phase I, effective January 12, 2014. Adams submitted two additional positives for cocaine use on March 6, 2014 and March 25, 2014. The Court was advised of the results and agreed to continue him on supervised release. Adams was referred for substance abuse treatment with Portsmouth Behavioral Healthcare Services. Adams has been compliant with his testing and treatment requirements and there have been no additional positive tests for illegal drug use. Adams was reduced back to Phase II, effective November 23, 2014. Adams submitted his monthly supervision reports as directed, with the exception of two reports received less than 5 days late, over the course of his term of supervised release. On June 13, 2014, Kenyatta Adams was arrested by the Portsmouth Police and charged with Driving While Intoxicated, and Drive with License Revoked. He was convicted of both offenses by the Portsmouth General District Court on October 6, 2014. Adams appealed the cases and both were heard before the Portsmouth Circuit Court on January 5, 2015. He was found guilty of both offenses and sentenced to a total term of 3 months in jail.

Additionally, a memo was sent to the Court on September 21, 2015, as an update prior to the scheduled violation hearing. That memo noted that Adams continued to report as scheduled for his drug test with negative results. He submitted his monthly reports as directed and he continued to maintain a stable residence with his mother. At the time, he had not incurred any new criminal or traffic offenses. Subsequent to dismissal of the petition, Adams incurred the following arrest. The offense dates occurred during the time the February 2, 2015 Petition on Supervised Release was pending.

VIOLATIONS: The following violations are submitted for the Court's consideration.

MANDATORY CONDITION:    COMMISSION OF A CRIME – FIRST DEGREE MURDER; USE OF A FIREARM.

On November 11, 2015, Kenyatta Adams was arrested and charged with First Degree Murder, and Use of a Firearm. The offense date of the charged offense is March 7, 2015. This matter is scheduled to be heard before the Portsmouth Circuit Court on March 29, 2016 and March 30, 2016. Adams is scheduled for a jury trial.

MANDATORY CONDITION:    COMMISSION OF A CRIME – POSSESSION WITH INTENT TO DISTRIBUTE COCAINE – 2ND OFFENSE; DISTRIBUTE CONTROLLED SUBSTANCE WITHIN SCHOOL PROPERTY.

On December 11, 2015, Kenyatta Adams was arrested and charged with Possession with Intent to Distribute Cocaine – 2nd Offense, and Distribute Controlled Substance within School Property. The offense date is September 24, 2015. This matter is scheduled to be heard before the Portsmouth Circuit Court on January 7, 2016 in order to be set for trial.

Petition on Supervised Release                                                                Page 4
RE: Adams, Kenyatta Hasani

| MANDATORY CONDITION: | COMMISSION OF A CRIME – POSSESSION WITH INTENT TO DISTRIBUTE COCAINE – 2ND OFFENSE; DISTRIBUTE CONTROLLED SUBSTANCE WITHIN SCHOOL PROPERTY. |

On December 11, 2015, Kenyatta Adams was arrested and charged with Possession with Intent to Distribute Cocaine – 2nd Offense, and Distribute Controlled Substance within School Property. The offense date is September 17, 2015. This matter is scheduled to be heard before the Portsmouth Circuit Court on January 7, 2016 in order to be set for trial.

| CONDITION 9: | ASSOCIATION WITH A PERSON ENGAGED IN CRIMINAL ACTIVITY WITHOUT THE PERMISSION OF THE PROBATION OFFICER. |

On or about September 17, 2015, and September 24, 2015, Kenyatta Adams associated with several "members and associates" of the Corna Sto Boys Gang, as identified by the Portsmouth Police Department's Gang Suppression Unit. Adams and five other defendants were charged on December 11, 2015, with various drug distribution charges. Adams' specific charges are noted above.

MSD/cdp